UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  5:07CR166-003 |
| Plaintiff(s), | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| Gary Dutch | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The Court conducted a hearing in this matter on June 2, 2009, with counsel for the Government, Attorney David M. Toepfer,  the defendant, Gary Dutch and counsel for the Defendant, Attorney James Campbell.

The Court finds the defendant in violation of the terms and conditions of supervised release and adopts the Magistrate Judge's Report and Recommendation.

The defendant's uncle, Mr. Cecil Dutch, Jr. appeared before the Court and represented to the Court that he would employ the defendant.  The Court directed Mr. Dutch to provide the Probation Department with the defendant's pay check as proof of his employment and the Probation Department would in turn provide the defendant with his check.  If defendant fails to appear for work such notice should be reported to the defendant's counsel forthwith.  The

(1:97CR291)

defendant is to continue with all conditions of supervision and cooperate with the Probation Officer as to drug testing when directed.

      The Court will postpone the sentencing in this matter until October 8, 2009, at 2:30 p.m.

      IT IS SO ORDERED.


| | |
|---|---|
|  June 4, 2009 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |